| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LAS VEGAS TV PARTNERS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **77-0629940** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**6760 SURREY STREET**<br>**LAS VEGAS, NV**        ZIP CODE **89119** | Street Address of Joint Debtor (No. & Street, City, and State):        ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP CODE | Mailing Address of Joint Debtor (if different from street address):        ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):        ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7       ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."        ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **LAS VEGAS TV PARTNERS, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location <br> Where Filed:    **NONE** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual <br> whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X   <u>Not Applicable</u> <br>    Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **LAS VEGAS TV PARTNERS, LLC** |
|---|---|

# Signatures

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
_____
Signature of Debtor

X   **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

## Signature of Attorney

X  **/s/ Stephen R. Harris**
_____
Signature of Attorney for Debtor(s)

**Stephen R. Harris, Esq.  Bar No.  001463**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Belding, Harris & Petroni, LTD**
_____
Firm Name

**417 West Plumb Lane Reno, NV 89509**
_____
Address

**775 786-7000**         **775 786-7764**
_____
Telephone Number

**2/26/2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X   **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ STEVE CARLSTON**
_____
Signature of Authorized Individual

**STEVE CARLSTON**
_____
Printed Name of Authorized Individual

**MANAGER**
_____
Title of Authorized Individual

**2/26/2010**
_____
Date

# United States Bankruptcy Court

## District of Nevada

In re:

Case No. _____

Chapter    **11**

**LAS VEGAS TV PARTNERS, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **STEVE CARLSTON**, declare under penalty of perjury that I am the **MANAGER** of **LAS VEGAS TV PARTNERS, LLC,** a  **DELAWARE** Corporation and that on **11/18/2009** the following resolution was duly adopted by the **MEMBERS** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **STEVE CARLSTON**, **MANAGER** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **STEVE CARLSTON**, **MANAGER** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

 Be It Further Resolved, that **STEVE CARLSTON**, **MANAGER** of this Corporation, is authorized and directed to employ **Stephen R. Harris, Esq.**, attorney and the law firm of **Belding, Harris & Petroni, LTD** to represent the Corporation in such bankruptcy case."

Executed on:    **2/26/2010** _____

Signed:    **s/ STEVE CARLSTON** _____
**STEVE CARLSTON**

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**District of Nevada**

In re  **LAS VEGAS TV PARTNERS, LLC**                    ,    Case No. _____

_____
                              Debtor                    Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DEPT. OF TAXATION<br>P.O. BOX 52674<br>PHOENIX, AZ 85072-2674 | | | | $3,000.00 |
| LAS VEGAS TV PARTNERS<br>HOLDING, LLC<br>6760 SURREY STREET<br>LAS VEGAS, NV  89119 | | MONEY LOANED | | $4,406,048.00 |
| TWENTIETH CENTURY FOX<br>TV SYNDICATION<br>3659 COLLECTION CTR DRIVE<br>CHICAGO, IL 60693 | | PROGRAM FEES | | $1,720,988.02 |
| CBS<br>BANK ONE<br>P.O. BOX 70642<br>CHICAGO, IL  60673-0642 | | PROGRAM FEES | | $654,430.00 |
| CARSEY WERNER<br>P.O. BOX 30730<br>LOS ANGELES, CA  90030-0730 | | PROGRAM FEES | | $441,620.00 |
| KLAS<br>3228 CHANNEL 8 DRIVE<br>LAS VEGAS, NV  89109 | | PROGRAM FEES | | $315,614.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **LAS VEGAS TV PARTNERS, LLC** _____ , Case No. _____

                                    Debtor                    Chapter  11  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| NBC<br>UNIVERSAL CITY STUDIOS<br>PRODUCTION LLLP<br>FILE #7149<br>LOS ANGELES, CA  90074 | | PROGRAM FEES | | $304,200.00 |
| NIELSEN<br>P.O. BOX 88961<br>CHICAGO, IL  60695 | | GOODS/SERVICES | | $118.163.78 |
| WARNER BROS.<br>P.O. BOX 100128<br>PASADENA, CA  91189 | | PROGRAM FEES | | $66,300.00 |
| BUENA VISTA TELEVISION<br>BANK OF AMERICA FILE #56582<br>1000 WEST TEMPLE STREET<br>LOS ANGELES, CA 90074 | | PROGRAM FEES | | $49,690.97 |
| RSM MCGLADREY INC.<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674 | | GOODS/SERVICES | | $19,625.00 |
| HRP<br>885 SECOND AVENUE<br>NEW YORK, NY  10017-2201 | | GOODS/SERVICES | | $16,709.92 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **LAS VEGAS TV PARTNERS, LLC**                                    ,   Case No. _____

                                                Debtor                 Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **DEBMAR**<br>**FIRST CALIFORNIA BANK**<br>**1880 CENTURY PARK E #800**<br>**LOS ANGELES, CA 90067** | | **PROGRAM FEES** | | **$6,499.98** |
| **CF ENTERTAINMENT, INC.**<br>**1925 CENTURY PARK EAST**<br>**SUITE 1025**<br>**LOS ANGELES, CA 90067** | | **PROGRAM FEES** | | **$6,066.69** |
| **DAILY BUZZ**<br>**2101 EAST FOURTH STREET**<br>**SUITE 20**<br>**SANTA ANA, CA 92705** | | **PROGRAM FEES** | | **$2,190.00** |
| **RADICAL NETWORKS, INC.**<br>**530 S. 9TH STREET**<br>**LAS VEGAS, NV 89101** | | **GOODS/SERVICES** | | **$2,000.00** |
| **SELECT AIR CONDITIONING**<br>**979 EMPIRE MESA WAY**<br>**HENDERSON, NV 89011** | | **GOODS/SERVICES** | | **$727.10** |
| **LIONS GATE ENTERTAINMENT**<br>**JP MORGAN CHASE**<br>**LOCKBOX 29161**<br>**4 CHASE METROTECH, 7TH FL E**<br>**BROOKLYN, NY 11245** | | **GOODS/SERVICES** | | **$100.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **LAS VEGAS TV PARTNERS, LLC** _____ , Case No. _____

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Debtor⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Chapter ⠀**11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, STEVE CARLSTON, MANAGER of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **2/26/2010** _____⠀⠀⠀⠀Signature: ⠀**s/ STEVE CARLSTON** _____

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀**STEVE CARLSTON ,MANAGER** _____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court
## District of Nevada

In re  **LAS VEGAS TV PARTNERS, LLC** _____,

Debtor

Case No. _____

Chapter __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2.187.378.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 10.081.382.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 158,686.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $ 8.130.973.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 17 | $ 2,187,378.00 | $ 18,371,041.46 | |

**B6A (Official Form 6A) (12/07)**

In re:  **LAS VEGAS TV PARTNERS, LLC**                    Case No. _____

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯                    **(If known)**

Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

                                    Total ➤ | **0.00** |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **LAS VEGAS TV PARTNERS, LLC** _____,    Case No. _____

Debtor (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **PETTY CASH IN OFFICE** | | **125.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **NEVADA STATE BANK CHECKING ACCTS** | | **163,558.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **DEPOSIT WITH LAS VEGAS WATER** | | **1,000.00** |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **SECURITY DEPOSIT WITH LANDLORD** | | **35,597.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **MISC. A/R NET OF ALLOWANCE FOR BAD DEBT** | | **568,623.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **LAS VEGAS TV PARTNERS, LLC**                                  ,      Case No. _____
                    Debtor                                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **PREPAID EXPENSES** | | **27,362.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **FCC LICENSE** | | **250,000.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **MISC. FURNITURE AND OFFICE EQUIPMENT - BOOK VALUE, NET OF DEPRECIATION** | | **94,415.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **MISC. PRODUCTION EQUIPMENT, TOWERS, TRANSMITTERS, COMPUTERS AND MASTER CONTROL EQUIPMENT - BOOK VALUE, NET OF DEPRECIATION** | | **1,046,698.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **LAS VEGAS TV PARTNERS, LLC**                    .          Case No. _____
                              **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _2_    continuation sheets attached | Total ➢ | **$2,187,378.00** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **LAS VEGAS TV PARTNERS, LLC**                              .                Case No. _____
                    _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | NOTE SECURED BY UCC-1 ON ALL OF THE DEBTOR'S ASSETS | | | | 10,081,382.00 | 7,894,004.00 |
| G.C. INVESTMENTS, LLC C/O GARY O'MALLEY THE GREENSPUN CORP. 901 N. GREEN VALLEY PKWY #2 HENDERSON, NV 89014 | | | VALUE $2,187,378.00 | | | | | |

0   continuation sheets
     attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| $ 10,081,382.00 | $ 7,894,004.00 |
|---|---|
| $ 10,081,382.00 | $ 7,894,004.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re    **LAS VEGAS TV PARTNERS, LLC**_____    Case No. _____
                              Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

### ☐  Domestic Support Obligations

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

### ☐  Extensions of credit in an involuntary case

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

### ☑  Wages, salaries, and commissions

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### ☐  Contributions to employee benefit plans

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

### ☐  Certain farmers and fishermen

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

### ☐  Deposits by individuals

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

### ☑  Taxes and Certain Other Debts Owed to Governmental Units

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### ☐  Commitments to Maintain the Capital of an Insured Depository Institution

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

### ☐  Claims for Death or Personal Injury While Debtor Was Intoxicated

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **LAS VEGAS TV PARTNERS, LLC**                                    Case No. _____
_____                                                    (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **ALL EMPLOYEES** | | | **CURRENT GROSS PAYROLL LIABILITY - INCLUDING TAXES** | | | | 62,549.00 | 62,549.00 | $0.00 |
| ACCOUNT NO.  **ALL EMPLOYEES** | | | **ACCRUED PAID TIME OFF** | | | | 93,137.00 | 93,137.00 | $0.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals►
(Totals of this page)

| $ 155,686.00 | $ 155,686.00 | $ 0.00 |
|---|---|---|

Total ►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

**B6E (Official Form 6E) (12/07) – Cont.**

In re   **LAS VEGAS TV PARTNERS, LLC**                                              Case No. _____
_____                                                        (If known)
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DEPT. OF TAXATION**<br>**P.O. BOX 52674**<br>**PHOENIX, AZ 85072-2674** | | | **MODIFIED BUSINESS TAX LIABILITY FOR JANUARY AND FEBRUARY 2010** | | | | **3,000.00** | **3,000.00** | **$0.00** |

Sheet no.  2  of  2  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | | |
|---|---|---|---|
| Subtotals ►<br>(Totals of this page) | $ **3,000.00** | $ **3,000.00** | $ **0.00** |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **158,686.00** | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **158,686.00** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **LAS VEGAS TV PARTNERS, LLC** _____   Case No. _____
 _____
                              Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **BUENA VISTA TELEVISION BANK OF AMERICA FILE #56582 1000 WEST TEMPLE STREET LOS ANGELES, CA 90074** | | | **PROGRAM FEES AS OF 2/26/10** | | | | **49,690.97** |
| ACCOUNT NO. | | | | | | | |
| **CARSEY WERNER P.O. BOX 30730 LOS ANGELES, CA 90030-0730** | | | **PROGRAM FEES AS OF 2/26/10** | | | | **441,620.00** |
| ACCOUNT NO. | | | | | | | |
| **CBS BANK ONE P.O. BOX 70642 CHICAGO, IL 60673-0642** | | | **PROGRAM AGREEMENT FEES AS OF 2/26/10** | | | | **654,430.00** |
| ACCOUNT NO. | | | | | | | |
| **CF ENTERTAINMENT, INC. 1925 CENTURY PARK EAST SUITE 1025 LOS ANGELES, CA 90067** | | | **PROGRAM FEES AS OF 2/26/10** | | | | **6,066.69** |
| ACCOUNT NO. | | | | | | | |
| **DAILY BUZZ 2101 EAST FOURTH STREET SUITE 20 SANTA ANA, CA 92705** | | | **PROGRAM FEES AS OF 2/26/10** | | | | **2,190.00** |

         3   Continuation sheets attached

                                                    Subtotal  ➤  $        **1,153,997.66**

                                                    Total  ➤  $

                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                    **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LAS VEGAS TV PARTNERS, LLC**                                    Case No. _____
                                    **Debtor**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 6,499.98 |
| **DEBMAR** **FIRST CALIFORNIA BANK** **1880 CENTURY PARK E #800** **LOS ANGELES, CA 90067** | | | **PROGRAM AGREEMENT FEES AS OF 2/26/10** | | | | |
| ACCOUNT NO. | | | | | | | 16,709.92 |
| **HRP** **885 SECOND AVENUE** **NEW YORK, NY 10017-2201** | | | **GOODS/SERVICES** | | | | |
| ACCOUNT NO. | | | | | | | 315,614.00 |
| **KLAS** **3228 CHANNEL 8 DRIVE** **LAS VEGAS, NV 89109** | | | **PROGRAM FEES AS OF 2/26/10** | | | | |
| ACCOUNT NO. | | | | | | | 4,406,048.00 |
| **LAS VEGAS TV PARTNERS HOLDING, LLC** **6760 SURREY STREET** **LAS VEGAS, NV 89119** | | | **LOANS 12/6/06 AND 2/6/07 - PRINCIPAL AND ACCRUED INTEREST** | | | | |
| ACCOUNT NO. | | | | | | | 100.00 |
| **LIONS GATE ENTERTAINMENT** **JP MORGAN CHASE** **LOCKBOX 29161** **4 CHASE METROTECH, 7TH FL E** **BROOKLYN, NY 11245** | | | **GOODS/SERVICES** | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        **4,744,971.90**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **LAS VEGAS TV PARTNERS, LLC** _____      Case No. _____
                                   Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 304,200.00 |
| **NBC UNIVERSAL CITY STUDIOS PRODUCTION LLLP FILE #7149 LOS ANGELES, CA  90074** | | | PROGRAM FEES AS OF 2/26/10 | | | | |
| ACCOUNT NO. | | | | | | | 118,163.78 |
| **NIELSEN P.O. BOX 88961 CHICAGO, IL  60695** | | | GOODS/SERVICES | | | | |
| ACCOUNT NO. | | | | | | | 2,000.00 |
| **RADICAL NETWORKS, INC. 530 S. 9TH STREET LAS VEGAS, NV  89101** | | | GOODS/SERVICES | | | | |
| ACCOUNT NO. | | | | | | | 19,625.00 |
| **RSM MCGLADREY INC. 5155 PAYSPHERE CIRCLE CHICAGO, IL  60674** | | | GOODS/SERVICES | | | | |
| ACCOUNT NO. | | | | | | | 727.10 |
| **SELECT AIR CONDITIONING 979 EMPIRE MESA WAY HENDERSON, NV  89011** | | | GOODS/SERVICES | | | | |

Sheet no.  2 of 3 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    444,715.88

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   **LAS VEGAS TV PARTNERS, LLC**                                Case No. _____
                                Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| **SONY PICTURES** **A SONY PICTURES ENTERT.** **FILE #54715** **LOS ANGELES, CA  90074-4715** | | | **PROGRAM FEES AS OF 2/26/10** | | | | |
| ACCOUNT NO. | | | | | | | 1,720,988.02 |
| **TWENTIETH CENTURY FOX** **TV SYNDICATION** **3659 COLLECTION CTR DRIVE** **CHICAGO, IL 60693** | | | **PROGRAM AGREEMENT FEES AS OF 2/26/10** | | | | |
| ACCOUNT NO. | | | | | | | 66,300.00 |
| **WARNER BROS.** **P.O. BOX 100128** **PASADENA, CA  91189** | | | **PROGRAM FEES AS OF 2/26/10** | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **1,787,288.02**

Total  ➢  $          **8,130,973.46**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:  **LAS VEGAS TV PARTNERS, LLC**                    Case No. _____
                                         **Debtor**                                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **ALARMCO INC.**<br>**2007 LAS VEGAS BLVD. SOUTH**<br>**LAS VEGAS, NV 89104** | **CONTRACT FOR BUILDING ALARM WHICH TERMINATES ON 11/12/11. MONTHLY PAYMENT IS $204.** |
| **ALPINE WATER SYSTEMS**<br>**6408 S. WINDY STREET**<br>**SUITE B**<br>**LAS VEGAS, NV  89119** | **CONTRACT FOR WATER SERVICE WHICH TERMINATES ON 6/12/10.  MONTHLY PAYMENT IS $37.** |
| **AUTOTEL**<br>**114 NORTH EAST PENN AVE.**<br>**BEND, OR  97709** | **TOWER LEASE WHICH TERMINATES ON 9/30/11. MONTHLY PAYMENT IS $1,700.** |
| **BUENA VISTA TELEVISION**<br>**BANK OF AMERICA FILE#56582**<br>**1000 WEST TEMPLE STREET**<br>**LOS ANGELES, CA  90074** | **PROGRAM AGREEMENT FOR AMERICA'S FUNNIEST THRU 9/17/09.** |
| **CARSEY WERNER**<br>**P.O. BOX 30730**<br>**LOS ANGELES, CA  90030-0730** | **PROGRAM AGREEMENT FOR THAT 70'S SHOW THRU 9/22/13.** |
| **CBS**<br>**BANK ONE**<br>**P.O. BOX 70642**<br>**CHICAGO, IL  60673-0642** | **PROGRAM AGREEMENTS FOR FRASIER THRU 3/5/11; CHEERS THRU 12/31/10; EVERYONE HATES CHRIS THRU 9/16/12; JUDGE JOE BROWN THRU 9/1/10; MATLOCK THRU 8/31/09** |
| **CF ENTERTAINMENT, INC.**<br>**1925 CENTURY PARK EAST**<br>**SUITE 1025**<br>**LOS ANGELES, CA  90067** | **PROGRAM AGREEMENT FOR COMICS UNLEASED THRU 9/21/09.** |
| **COX**<br>**P.O. BOX 53262**<br>**PHOENIX, AZ  85072-3262** | **CONTRACT FOR FIBER FROM KLAS TO KTUD WHICH TERMINATES ON 12/28/13.  MONTHLY PAYMENT IS $1,250.** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **LAS VEGAS TV PARTNERS, LLC**                          ,    Case No.  _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **DAILY BUZZ**<br>**2101 EAST FOURTH STREET**<br>**SUITE 20**<br>**SANTA ANA, CA  92705** | **PROGRAM AGREEMENT FOR DAILY BUZZ THRU 10/17/09.** |
| **DEBMAR**<br>**FIRST CALIFORNIA BANK**<br>**1880 CENTURY PARK E. #800**<br>**LOS ANGELES, CA  90030-0730** | **PROGRAM AGREEMENT FOR TYLER PERRY'S HOUSE OF PAYNE THRU 8/31/12.** |
| **HRP**<br>**885 SECOND AVENUE**<br>**NEW YORK, NY  10017-2201** | **SALES CONTRACT.  COMMISSIONS PAYABLE MONTHLY AT 7% OF NATIONAL SALES.** |
| **KLAS**<br>**3228 CHANNEL 8 DRIVE**<br>**LAS VEGAS, NV  89109** | **PROGRAM AGREEMENT FOR OPRAH THRU 9/12/09.** |
| **MARKETRON**<br>**P.O. BOX 3375**<br>**PORTLAND, OR  97208** | **SERVICE CONTRACT FOR SOFTWARE FOR NSI OVERNIGHT RATINGS WHICH TERMINATES ON 9/30/10. MONTHLY PAYMENT IS $1,200.** |
| **MICROWAVE**<br>**1500 FOREMASTER LANE**<br>**LAS VEGAS, NV  89101** | **TOWER LEASE (MT. POTOSI) WHICH TERMINATES ON 11/1/12.  MONTHLY PAYMENT IS $700.** |
| **NBC**<br>**UNIVERSAL CITY STUDIOS**<br>**PRODUCTION LLLP**<br>**FILE #7149**<br>**LOS ANGELES, CA  90074** | **PROGRAM AGREEMENT FOR THE OFFICE THRU 6/1/13.** |
| **NIELSEN**<br>**P.O. BOX 88961**<br>**CHICAGO, IL  60695** | **RATINGS SERVICE CONTRACT WHICH TERMINATES ON 11/1/12.  MONTHLY PAYMENT IS $10,000.** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **LAS VEGAS TV PARTNERS, LLC**                        Case No.  _____
_____,
                              **Debtor**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **RADICAL NETWORKS**<br>**530 S. 9TH STREET**<br>**LAS VEGAS, NV  89101** | **SERVICE CONTRACT FOR COMPUTER SUPPORT WHICH CAN BE CANCELLED UPON 60 DAYS' NOTICE AND WHICH TERMINATES ON 8/20/10.  MONTHLY PAYMENT IS $2,000.** |
| **REPUBLIC SERVICES**<br>**P.O. BOX 78040**<br>**PHOENIX, AZ  85062-8040** | **SERVICE CONTRACT FOR WASTE REMOVAL WHICH TERMINATES ON 9/30/11.  MONTHLY CHARGE IS $355.** |
| **RIVER CITY PETROLEUM INC.**<br>**P.O. BOX 235**<br>**SACRAMENTO, CA  95691** | **NON-RESIDENTIAL REAL PROPERTY LEASE FOR BUSINESS BLDG.  THIS LEASE EXPIRES 2/15/17.** |
| **SONY PICTURES**<br>**A SONY PICTURES ENTER.**<br>**FILE #54715**<br>**LOS ANGELES, CA  90074-4715** | **PROGRAM AGREEMENT FOR MARRIED W/ CHILDREN THRU 9/20/10.** |
| **THYSSENKRUPT ELEVATOR CO.**<br>**P.O. BOX 933004**<br>**ATLANTA, GA  31193-3004** | **SERVICE CONTRACT FOR ELEVATOR MAINTENANCE WHICH TERMINATES ON 2/13/12.  MONTHLY PAYMENT IS $243.** |
| **TOYOTA**<br>**P.O. BOX 60116**<br>**CITY OF INDUSTRY, CA  91716** | **LEASE FOR COMPANY TRUCK WHICH TERMINATES ON 1/16/11.  MONTHLY PAYMENT IS $500.** |
| **TWENTIETH CENTURY FOX**<br>**TV SYNDICATION**<br>**3659 COLLECTION CTR DRIVE**<br>**CHICAGO, IL  60693** | **PROGRAM AGREEMENT FOR THE SIMPSONS THRU 9/30/10; KING OF THE HILL THRU 9/17/10; FAMILY GUY THRU 8/1/11; JUDGE ALEX THRU 9/4/09.** |
| **VCI**<br>**146 CHESTNUT STREET**<br>**SPRINGFIELD, MA  89119** | **CONTRACT FOR TRAFFIC SYSTEM SOFTWARE WHICH TERMINATES ON 10/31/14.  MONTHLY PAYMENT IS $1,000.** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re:    **LAS VEGAS TV PARTNERS, LLC**          Case No. _____

‎                          **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WARNER BROS.<br>P.O. BOX 100128<br>PASADENA, CA  91189 | PROGRAM AGREEMENT FOR TYRA THRU 9/6/09. |

**B6H (Official Form 6H) (12/07)**

**In re:** **LAS VEGAS TV PARTNERS, LLC**                              **Case No.** _____
                    Debtor                                                              (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **LAS VEGAS TV PARTNERS, LLC**                                    Case No. _____

                        Debtor                                                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **STEVE CARLSTON**, the **MANAGER** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of _____**18**_____ sheets *(Total shown on summary page plus 1)*,
and that they are true and correct to the best of my knowledge, information, and belief.


Date   **2/26/2010**                          Signature:   **s/ STEVE CARLSTON**
                                                          **STEVE CARLSTON MANAGER**
                                                          [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

## United States Bankruptcy Court
### District of Nevada

In re: **LAS VEGAS TV PARTNERS, LLC**                                  Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **LAS VEGAS TV PARTNERS HOLDINGS, LLC 6760 SURREY STREET LAS VEGAS, NV  89119** | **MANAGING** | **100** | **MEMBER** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **STEVE CARLSTON**, **MANAGER** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  __2/26/2010__

**s/ STEVE CARLSTON**
**STEVE CARLSTON ,MANAGER**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In re:  **LAS VEGAS TV PARTNERS, LLC** _____,       Case No. _____

                        Debtor                                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 7,802,727.00 | **GROSS REVENUE** | **2008** |
| 6,393,152.00 | **GROSS REVENUE** | **2009** |
| 781,865.00 | **GROSS REVENUE 1/1/10 - 2/26/10 [ESTIMATED]** | **2010** |

---

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None
☐
b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**SEE EXHIBIT 'A' ATTACHED**

None
☑
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
☑
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 5.  Repossessions, foreclosures and returns

None
☑
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

3

## 6.  Assignments and receiverships

None

☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None

☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7.  Gifts

None

☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8.  Losses

None

☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9.  Payments related to debt counseling or bankruptcy

None

❑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **BELDING, HARRIS & PETRONI 417 W. PLUMB LANE RENO, NV  89509** | **7/31/09; 2/25/10** | **$5,000; $70,900** |

4

## 10.  Other transfers

None ☑  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None ☑  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None ☑  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

## 14. Property held for another person

None  List all property owned by another person that the debtor holds or controls.

☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
❑    debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **3790 S. PARADISE ROAD #100**<br>**LAS VEGAS, NV  89169** | **LAS VEGAS TV PARTNERS** | |

## 16. Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑    California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None  a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit
☑    that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
☑    Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None  c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑      respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or a party
       to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18.  Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
☑      and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
       executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
       other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
       or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
       preceding the commencement of this case.

       *If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
       and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
       the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

       *If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
       beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
       equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
☑      U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## 19.  Books, records and financial statements

None  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
☐      or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **KAREN GARBER** **6760 SURREY STREET** **LAS VEGAS, NV  89119** | **PRESENT** |

None  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
☐      the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **RSM MCGLADREY** **300 S. FOURTH ST.** **SUITE 600** **LAS VEGAS, NV  89101** | | **JAN. AND FEBRUARY 2008** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **KAREN GARBER** | **6760 SURREY STREET**<br>**LAS VEGAS, NV  89119** |

None ☑ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20.  Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------|

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **LAS VEGAS TV PARTNERS HOLDINGS, LLC**<br>**6760 SURREY STREET**<br>**LAS VEGAS, NV  89119** | **MANAGING MEMBER** | **100% OWNERSHIP** |
| **STEVE CARLSTON**<br>**6760 SURREY STREET**<br>**LAS VEGAS, NV  89119** | **MANAGER** | **.35% OWNERSHIP IN PARENT COMPANY, LAS VEGAS TV PARTNERS HOLDINGS, LLC** |

## 22.  Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

8

### 23. Withdrawals from a partnership or distributions by a corporation

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
☐     compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year**
      immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **KAREN GARBER**<br>**6760 SURREY STREET**<br>**LAS VEGAS, NV 89119**<br>    **CFO** | **02/27/09 - 2/26/10** | **SALARY - $189,000; EXPENSE**<br>**REIMBURSEMENTS - $25,932** |
| **STEVE CARLSTON**<br>**6760 SURREY STREET**<br>**LAS VEGAS, NV 89119**<br>    **MANAGER/ PRESIDENT** | **02/27/09 - 2/26/10** | **SALARY - $325,199; EXPENSE**<br>**REIMBURSEMENTS - $1,087** |

### 24. Tax Consolidation Group.

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any
☐     consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
      preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **LAS VEGAS TV PARTNERS HOLDI** | **20-1615491** |

### 25. Pension Funds.

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the
☐     debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the
      commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **THE GREENSPUN 401(K) PLAN** | **88-0263814** |

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **2/26/2010**                        Signature  **s/ STEVE CARLSTON**

                                                      **STEVE CARLSTON, MANAGER**
                                                      Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In re:   **LAS VEGAS TV PARTNERS, LLC** _____     Case No. _____

_____     Chapter   **11** _____
Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **ACTUAL FEES** |
| Prior to the filing of this statement I have received | $ | **75,900.00** |
| Balance Due | $ | |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
   **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:
   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **2/26/2010** _____

**/s/ Stephen R. Harris** _____
**Stephen R. Harris, Esq., Bar No.  001463**

**Belding, Harris & Petroni, LTD**
Attorney for Debtor(s)

---

# United States Bankruptcy Court
# District of Nevada

In re   **LAS VEGAS TV PARTNERS, LLC**                    Case No.

Debtor.                                                   Chapter   **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **LAS VEGAS TV PARTNERS, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____**X**____   All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                                **% of Shares Owned**

**LAS VEGAS TV PARTNERS**                                **100 %**
**HOLDINGS, LLC**
**6760 SURREY STREET**
**LAS VEGAS, NV  89119**


OR,


_____   There are no entities to report.


By **/s/ Stephen R. Harris** _____
**Stephen R. Harris, Esq.**
Signature of Attorney

Counsel for   **LAS VEGAS TV PARTNERS, LLC**

Bar no.:        **001463**

Address.:      **Belding, Harris & Petroni, LTD**
               **417 West Plumb Lane**
               **Reno, NV 89509**

Telephone No.: **775 786-7000**

Fax No.:       **775 786-7764**
E-mail address:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**LAS VEGAS TV PARTNERS, LLC**

                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                    Debtor(s).      )
                                    )

Bankruptcy No.:

Chapter        **11**

VERIFICATION OF CREDITOR
MATRIX

       The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **2/26/2010**

Signature **s/ STEVE CARLSTON**

**STEVE CARLSTON**

vercredmatrix.wpd rev. 4/12/07

LAS VEGAS TV PARTNERS, LLC
6760 SURREY STREET
LAS VEGAS, NV  89119

CF ENTERTAINMENT, INC.
1925 CENTURY PARK EAST
SUITE 1025
LOS ANGELES, CA  90067

KLAS
3228 CHANNEL 8 DRIVE
LAS VEGAS, NV  89109


Stephen R. Harris, Esq.
Belding, Harris & Petroni,
417 West Plumb Lane
Reno, NV 89509

COX
P.O. BOX 53262
PHOENIX, AZ  85072-3262

LAS VEGAS TV PARTNERS
HOLDING, LLC
6760 SURREY STREET
LAS VEGAS, NV  89119


ALARMCO INC.
2007 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89104

DAILY BUZZ
2101 EAST FOURTH STREET
SUITE 20
SANTA ANA, CA  92705

LIONS GATE ENTERTAINMENT
JP MORGAN CHASE
LOCKBOX 29161
4 CHASE METROTECH, 7TH FL E
BROOKLYN, NY 11245


ALL EMPLOYEES

DEBMAR
FIRST CALIFORNIA BANK
1880 CENTURY PARK E #800
LOS ANGELES, CA  90067

MARKETRON
P.O. BOX 3375
PORTLAND, OR  97208


ALPINE WATER SYSTEMS
6408 S. WINDY STREET
SUITE B
LAS VEGAS, NV  89119

DEBMAR
FIRST CALIFORNIA BANK
1880 CENTURY PARK E. #800
LOS ANGELES, CA  90030-0730

MICROWAVE
1500 FOREMASTER LANE
LAS VEGAS, NV  89101


AUTOTEL
114 NORTH EAST PENN AVE.
BEND, OR  97709

DEPT. OF TAXATION
555 E. WASHINGTON AVENUE, S
LAS VEGAS, NV 89101

NBC
UNIVERSAL CITY STUDIOS
PRODUCTION LLLP
FILE #7149
LOS ANGELES, CA  90074


BUENA VISTA TELEVISION
BANK OF AMERICA FILE#56582
1000 WEST TEMPLE STREET
LOS ANGELES, CA  90074

DEPT. OF TAXATION
P.O. BOX 52674
PHOENIX, AZ 85072-2674

NEV. EMPLOYMENT SECURITY
500 E. THIRD STREET
CARSON CITY, NV  89713


BUENA VISTA TELEVISION
BANK OF AMERICA FILE #56582
1000 WEST TEMPLE STREET
LOS ANGELES, CA 90074

G.C. INVESTMENTS, LLC
C/O GARY O'MALLEY
THE GREENSPUN CORP.
901 N. GREEN VALLEY PKWY #2
HENDERSON, NV 89014

NEVADA LABOR COMMISSION
675 FAIRVIEW DRIVE
SUITE 226
CARSON CITY, NV  89710


CARSEY WERNER
P.O. BOX 30730
LOS ANGELES, CA  90030-0730

HRP
885 SECOND AVENUE
NEW YORK, NY  10017-2201

NIELSEN
P.O. BOX 88961
CHICAGO, IL  60695


CBS
BANK ONE
P.O. BOX 70642
CHICAGO, IL  60673-0642

INTERNAL REVENUE SERVICE
SPEC. PROC. FUNCTION
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV  89106

NV DEPARTMENT OF MOTOR VEHI
ATTN:  LEGAL DIVISION
855 WRIGHT WAY
CARSON CITY, NV 89711

```
OFFICE OF THE US TRUSTEE          TOYOTA
300 BOOTH STREET                  P.O. BOX 60116
ROOM 2129                         CITY OF INDUSTRY, CA  91716
RENO, NV  89509


RADICAL NETWORKS                  TWENTIETH CENTURY FOX
530 S. 9TH STREET                 TV SYNDICATION
LAS VEGAS, NV  89101              3659 COLLECTION CTR DRIVE
                                  CHICAGO, IL 60693


RADICAL NETWORKS, INC.            TWENTIETH CENTURY FOX
530 S. 9TH STREET                 TV SYNDICATION
LAS VEGAS, NV  89101              3659 COLLECTION CTR DRIVE
                                  CHICAGO, IL  60693


REPUBLIC SERVICES                 VCI
P.O. BOX 78040                    146 CHESTNUT STREET
PHOENIX, AZ  85062-8040           SPRINGFIELD, MA  89119


RIVER CITY PETROLEUM INC.         WARNER BROS.
P.O. BOX 235                      P.O. BOX 100128
SACRAMENTO, CA  95691             PASADENA, CA  91189


RSM MCGLADREY INC.                LAS VEGAS TV PARTNERS
5155 PAYSPHERE CIRCLE             HOLDINGS, LLC
CHICAGO, IL  60674                6760 SURREY STREET
                                  LAS VEGAS, NV  89119


SELECT AIR CONDITIONING
979 EMPIRE MESA WAY
HENDERSON, NV  89011


SONY PICTURES
A SONY PICTURES ENTER.
FILE #54715
LOS ANGELES, CA  90074-4715


SONY PICTURES
A SONY PICTURES ENTERT.
FILE #54715
LOS ANGELES, CA  90074-4715


THYSSENKRUPT ELEVATOR CO.
P.O. BOX 933004
ATLANTA, GA  31193-3004
```