**STEPHEN R. HARRIS, ESQ.**
Nevada Bar No. 001463
**CHRIS D. NICHOLS, ESQ.**
Nevada Bar No. 003123
**BELDING, HARRIS & PETRONI, LTD.**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764

Attorney for Debtor

ELECTRONICALLY FILED BY BELDING, HARRIS & PETRONI, LTD. ON 3/24/10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

LAS VEGAS TV PARTNERS, LLC
a Delaware limited liability company,

Debtor.

_____________________________________/

Case No. 10-13140-mkn
(Chapter 11)

**EXHIBIT "A" TO STATEMENT OF FINANCIAL AFFAIRS**

Hrg. DATE: April 14, 2010
Hrg. TIME: 9:30 a.m.
Est Time: 5 minutes
Set by: Calendar Clerk

COMES NOW, LAS VEGAS TV PARTNERS, LLC, a Delaware limited liability company, Debtor and Debtor-in-possession herein ("Debtor"), by and through its attorneys STEPHEN R. HARRIS, ESQ., and CHRIS D. NICHOLS, ESQ., of BELDING, HARRIS & PETRONI, LTD., and files its Exhibit "A" to the Statement of Financial Affairs previously filed with this Court as Docket No. 1.

Dated this 24 day of March, 2010.

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 W. Plumb Lane
Reno, NV 89509

/s/ Stephen R. Harris
Attorney for Debtor



LAW OFFICES OF
BELDING, HARRIS & PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO, NEVADA 89509
(775) 786-7600

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| River City Petroleum | 12/1/09 | 42,415.86 | |
| PO Box 235 | | | |
| Sacramento, CA 95691 | | | |
| Twentieth Century Fox TV Syndication | 12/1/09 | 35,525.00 | |
| 3659 Collection Ctr Drive | | | |
| Chicago, IL 60693 | | | |
| Karen Garber | 12/1/09 | 1,473.41 | |
| Vegas TV | | | |
| Alarmco Inc. | 12/3/09 | 420.00 | |
| 2007 Las Vegas Blvd. So. | | | |
| Las Vegas, NV 89104 | | | |
| Alpine Water Systems Las Vegas | 12/3/09 | 37.42 | |
| P.O. Box 94436 | | | |
| Las Vegas, NV 89193-4436 | | | |
| Cartridge World | 12/3/09 | 64.85 | |
| 9550 S. Eastern Avenue #190 | | | |
| Las Vegas, NV 89123 | | | |
| CLARK COUNTY ASSESSOR | 12/3/09 | 11,950.64 | |
| 500 S. GRAND CENTRAL PARKWAY | | | |
| 2ND FLOOR P.O. BOX 551401 | | | |
| LAS VEGAS, NV 89155-1401 | | | |
| FedEx | 12/3/09 | 65.47 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| FLOORS & MORE CLEANING SERVICES | 12/3/09 | 800.00 | |
| 252 SACRAMENTO DRIVE | | | |
| LAS VEGAS, NV 89110 | | | |
| John Franz | 12/3/09 | 231.74 | |
| Vegas TV | | | |
| Karen Garber | 12/3/09 | 383.70 | |
| Vegas TV | | | |
| Las Vegas Valley Water District | 12/3/09 | 154.05 | |
| 1001 S. Valley View Blvd. | | | |
| Las Vegas, NV 89153 | | | |
| Les Olson Copiers | 12/3/09 | 96.03 | |
| P.O. Box 65598 | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| Salt Lake City, UT 84165 | | | |
| David Martin | 12/3/09 | 460.00 | |
| 8755 W. Flamingo Road | | | |
| Las Vegas, NV 89147 | | | |
| Microwave, Inc. | 12/3/09 | 700.00 | |
| 1500 Foremaster Lane | | | |
| Las Vegas, NV 89101 | | | |
| North Las Vegas Constable | 12/3/09 | 192.05 | |
| 2428 Martin Luther King | | | |
| North Las Vegas, NV 89032 | | | |
| TV Magic, Inc. | 12/3/09 | 9,946.49 | |
| 8112 Engineer Road | | | |
| San Diego, CA 92111 | | | |
| Twentieth Century Fox TV Syndication | 12/3/09 | 25.00 | |
| 3659 Collection Ctr Drive | | | |
| Chicago, IL 60693 | | | |
| VERIZON WIRELESS | 12/3/09 | 567.38 | |
| PO BOX 9622 | | | |
| MISSION HILLS, CA 91346-9622 | | | |
| Radical Networks Inc. | 12/3/09 | 1,484.00 | |
| 530 S 9th Street | | | |
| Las Vegas, NV 89101 | | | |
| NU ERA Production & Design | 12/7/09 | 1,725.00 | |
| PO Box 33044 | | | |
| Las Vegas, NV 89133-3044 | | | |
| Bankcard Center | 12/8/09 | 522.29 | |
| PO Box 30833 | | | |
| Salt Lake City, UT 84130-0833 | | | |
| Bankcard Center | 12/8/09 | 1,700.77 | |
| PO Box 30833 | | | |
| Salt Lake City, UT 84130-0833 | | | |
| BANKCARD CENTER | 12/8/09 | 980.61 | |
| PO Box 30833 | | | |
| Salt Lake City, UT 84130-0833 | | | |
| Lisa Amerson | 12/9/09 | 62.46 | |
| Vegas TV | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| ERIC BELLOMY | 12/9/09 | 30.26 | |
| Vegas TV | | | |
| CBS PARAMOUNT DOMESTIC TELEVISION | 12/9/09 | 925.00 | |
| BANK ONE | | | |
| P.O. BOX 70642 | | | |
| Chicago, IL 60673-0642 | | | |
| CW LICENSING, LLC | 12/9/09 | 9,420.00 | |
| P.O. Box 30730 | | | |
| Los Angeles, CA 90030-0730 | | | |
| The Daily Buzz | 12/9/09 | 1,097.00 | |
| 2101 East Fourth Street Ste #20 | | | |
| Santa Anna, CA 92705 | | | |
| Debmar-Mercury | 12/9/09 | 2,166.66 | |
| First California Bank | | | |
| 1880 Century Park East #800 | | | |
| Los Angeles, CA 90067 | | | |
| John Franz | 12/9/09 | 524.93 | |
| Vegas TV | | | |
| The Greenspun Corporation | 12/9/09 | 2,012.00 | |
| 901 NORTH GREEN VALLEY PARKWAY | | | |
| HENDERSON, NV 89014 | | | |
| HRP | 12/9/09 | 11,971.14 | |
| 885 Second Avenue | | | |
| New York, NY 10017-2201 | | | |
| Kiesub Electronics | 12/9/09 | 14.41 | |
| 3185 S. Highland Drive | | | |
| Suite 10 | | | |
| Las Vegas, NV 89109-1029 | | | |
| Marketron Broadcast Solutions | 12/9/09 | 1,350.00 | |
| PO BOX 3375 | | | |
| Portland, OR 97208 | | | |
| Republic Services | 12/9/09 | 70.19 | |
| PO Box 78040 | | | |
| Phoenix, AZ 85062-8040 | | | |
| Sony Pictures Television | 12/9/09 | 3,474.95 | |
| FKA CTTD | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| File #53771 | | | |
| Los Angeles, CA 90074-3771 | | | |
| TELEPACIFIC COMMUNICATIONS | 12/9/09 | 1,007.33 | |
| P.O. BOX 526015 | | | |
| SACRAMENTO, CA 95852-6015 | | | |
| Twentieth Century Fox TV Syndication | 12/9/09 | 50.00 | |
| 3659 Collection Ctr Drive | | | |
| Chicago, IL 60693 | | | |
| Wiley Rein LLP | 12/9/09 | 113.49 | |
| 1776 K Street NW | | | |
| Washington, DC 20006 | | | |
| CBS PARAMOUNT DOMESTIC TELEVISION | 12/9/09 | 9,135.00 | |
| BANK ONE | | | |
| P.O. BOX 70642 | | | |
| Chicago, IL 60673-0642 | | | |
| CW LICENSING, LLC | 12/9/09 | 580.00 | |
| P.O. Box 30730 | | | |
| Los Angeles, CA 90030-0730 | | | |
| Sony Pictures Television | 12/9/09 | 4,316.74 | |
| FKA CTTD | | | |
| File #53771 | | | |
| Los Angeles, CA 90074-3771 | | | |
| Bankcard Center | 12/9/09 | 1,470.00 | |
| PO Box 30833 | | | |
| Salt Lake City, UT 84130-0833 | | | |
| Alpine Water Systems Las Vegas | 12/18/09 | 37.42 | |
| P.O. Box 94436 | | | |
| Las Vegas, NV 89193-4436 | | | |
| Autotel | 12/18/09 | 1,700.00 | |
| PO Box 1618 | | | |
| Bend, OR 97709 | | | |
| Cox Communications | 12/18/09 | 2,357.07 | |
| P.O. Box 53262 | | | |
| Phoenix, AZ 85072-3262 | | | |
| CW Licensing, LLC | 12/18/09 | 50.00 | |
| P.O. Box 30730 | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| Los Angeles, CA 90030-0730 | | | |
| ExpressOh! | 12/18/09 | 47.99 | |
| 46 Moraine Drive | | | |
| Henderson, NV 89052 | | | |
| FedEx | 12/18/09 | 9.59 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| FEDEX KINKOS | 12/18/09 | 62.70 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| HRP | 12/18/09 | 7,383.22 | |
| 885 Second Avenue | | | |
| New York, NY 10017-2201 | | | |
| Les Olson Copiers | 12/18/09 | 96.03 | |
| P.O. Box 65598 | | | |
| Salt Lake City, UT 84165 | | | |
| NV Energy | 12/18/09 | 3,728.64 | |
| PO Box 30086 | | | |
| Reno, NV 89520-3086 | | | |
| Premium Assignment Corporation | 12/18/09 | 574.41 | |
| PO Box 79153 | | | |
| Baltimore, MD 21279-0153 | | | |
| QUILL | 12/18/09 | 114.15 | |
| PO BOX 37600 | | | |
| PHILADELPHIA, PA 19101-0600 | | | |
| Radical Networks Inc. | 12/18/09 | 1,000.00 | |
| 530 S 9th Street | | | |
| Las Vegas, NV 89101 | | | |
| Terminix Processing Center | 12/18/09 | 110.00 | |
| PO Box 742592 | | | |
| Cincinnati, OH 45274-2592 | | | |
| Toyota Financial Services | 12/18/09 | 499.61 | |
| P.O. Box 60116 | | | |
| City of Industry, CA 91716 | | | |
| Twentieth Century Fox TV Syndication | 12/18/09 | 127,183.34 | |
| 3659 Collection Ctr Drive | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| Chicago, IL 60693 | | | |
| Nielsen Media Research, Inc. | 12/18/09 | 10,000.00 | |
| P.O. Box 88961 | | | |
| Chicago, IL 60695 | | | |
| John Daugherty | 12/30/09 | 1,200.00 | |
| 252 SACRAMENTO DRIVE | | | |
| LAS VEGAS, NV 89110 | | | |
| Century Link | 12/31/09 | 92.74 | |
| PO BOX 660068 | | | |
| DALLAS, TX 75266-0068 | | | |
| ExpressOh! | 12/31/09 | 37.49 | |
| 46 Moraine Drive | | | |
| Henderson, NV 89052 | | | |
| Kristina Garcia | 12/31/09 | 135.00 | |
| 3715 Gorkey Street | | | |
| Las Vegas, NV 89121 | | | |
| Hungerford, Aldrin, Nichols, & Carter | 12/31/09 | 455.00 | |
| PO Box 3265 | | | |
| Grand Rapids, MI 49501 | | | |
| Las Vegas Valley Water District | 12/31/09 | 137.14 | |
| 1001 S. Valley View Blvd. | | | |
| Las Vegas, NV 89153 | | | |
| Nevada Legal News | 12/31/09 | 49.90 | |
| 930 S. Fourth Street, #100 | | | |
| Las Vegas, NV 89101-0641 | | | |
| VERIZON WIRELESS | 12/31/09 | 513.85 | |
| PO BOX 9622 | | | |
| MISSION HILLS, CA 91346-9622 | | | |
| Bankcard Center | 12/31/09 | 2,720.35 | |
| PO Box 30833 | | | |
| Salt Lake City, UT 84130-0833 | | | |
| PC Mall | 12/31/09 | 498.00 | |
| FILE 55327 | | | |
| Los Angeles, CA 90074-5327 | | | |
| River City Petroleum | 1/1/10 | 42,415.86 | |
| PO Box 235 | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed | |
|---|---|---|---|---|
| Sacramento, CA 95691 | | | | |
| Petty Cash | 1/7/10 | 150.22 | | |
| Vegas TV | | | | |
| Karen Garber | 1/8/10 | 272.91 | | |
| Vegas TV | | | | |
| BANKCARD CENTER | 1/8/10 | 1,401.38 | | |
| PO Box 30833 | | | | |
| Salt Lake City, UT 84130-0833 | | | | |
| Twentieth Century Fox TV Syndication | 1/11/10 | 40,516.67 | 482,184.34 | King of the Hill |
| 3659 Collection Ctr Drive | | | | |
| Chicago, IL 60693 | | | | |
| Twentieth Century Fox TV Syndication | 1/11/10 | 35,525.00 | 35,525.00 | Simpsons |
| 3659 Collection Ctr Drive | | | | |
| Chicago, IL 60693 | | | | |
| Twentieth Century Fox TV Syndication | 1/11/10 | 86,666.67 | 1,031,333.34 | Family Guy |
| 3659 Collection Ctr Drive | | | | |
| Chicago, IL 60693 | | | | |
| John Daugherty | 1/12/10 | 1,600.00 | | |
| 252 SACRAMENTO DRIVE | | | | |
| LAS VEGAS, NV 89110 | | | | |
| Holly Starr | 1/14/10 | 1,000.00 | | |
| Vegas TV | | | | |
| Alarmco Inc. | 1/14/10 | 210.00 | | |
| 2007 Las Vegas Blvd. So. | | | | |
| Las Vegas, NV 89104 | | | | |
| Lisa Amerson | 1/14/10 | 136.19 | | |
| Vegas TV | | | | |
| Autotel | 1/14/10 | 1,700.00 | | |
| PO Box 1618 | | | | |
| Bend, OR 97709 | | | | |
| Belding, Harris & Petroni, LTD | 1/14/10 | 1,069.50 | | |
| 417 West Plumb Lane | | | | |
| Reno, NV 89509 | | | | |
| ERIC BELLOMY | 1/14/10 | 25.40 | | |
| Vegas TV | | | | |
| CHUBB GROUP OF INSURANCE COMPANIES | 1/14/10 | 6,471.00 | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| PO BOX 7777-1630 | | | |
| PHILADELPHIA, PA 19175-1630 USA | | | |
| Cox Communications | 1/14/10 | 2,357.07 | |
| P.O. Box 53262 | | | |
| Phoenix, AZ 85072-3262 | | | |
| ExpressOh! | 1/14/10 | 53.97 | |
| 46 Moraine Drive | | | |
| Henderson, NV 89052 | | | |
| FedEx | 1/14/10 | 128.00 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| John Franz | 1/14/10 | 130.76 | |
| Vegas TV | | | |
| HRP | 1/14/10 | 8,860.52 | 16,709.92 |
| 885 Second Avenue | | | |
| New York, NY 10017-2201 | | | |
| Alex King | 1/14/10 | 264.32 | |
| Vegas TV | | | |
| Les Olson Copiers | 1/14/10 | 96.03 | |
| P.O. Box 65598 | | | |
| Salt Lake City, UT 84165 | | | |
| Marketron Broadcast Solutions | 1/14/10 | 1,350.00 | |
| PO BOX 3375 | | | |
| Portland, OR 97208 | | | |
| David Martin | 1/14/10 | 460.00 | |
| 8755 W. Flamingo Road | | | |
| Las Vegas, NV 89147 | | | |
| Microwave, Inc. | 1/14/10 | 3,507.57 | |
| 1500 Foremaster Lane | | | |
| Las Vegas, NV 89101 | | | |
| Nevada Broadcasters Association | 1/14/10 | 420.00 | |
| 1771 N. Street | | | |
| N.W. Washington, DC 20036 | | | |
| Nielsen Media Research, Inc. | 1/14/10 | 10,000.00 | |
| P.O. Box 88961 | | | |
| Chicago, IL 60695 | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| NV Energy<br>PO Box 30086<br>Reno, NV 89520-3086 | 1/14/10 | 3,706.93 | |
| Radical Networks Inc.<br>530 S 9th Street<br>Las Vegas, NV 89101 | 1/14/10 | 1,610.00 | |
| Republic Services<br>PO Box 78040<br>Phoenix, AZ 85062-8040 | 1/14/10 | 926.15 | |
| SESAC Inc.<br>P.O. BOX 900013<br>RALEIGH, NC 27675-9013 | 1/14/10 | 108.00 | |
| Sun Media Productions<br>2360 Corporate Circle Drive<br>Suite 348<br>Henderson, NV 89074 | 1/14/10 | 28.80 | |
| Toyota Financial Services<br>P.O. Box 60116<br>City of Industry, CA 91716 | 1/14/10 | 499.61 | |
| Video Communications, Inc.<br>146 Chestnut Street<br>Springfield, MA 01103 | 1/14/10 | 1,000.00 | |
| Radical Networks Inc.<br>530 S 9th Street<br>Las Vegas, NV 89101 | 1/14/10 | 1,152.59 | |
| CDX Industries, LLC<br>1183 Sudden Valley<br>Bellingham, WA 98229 | 1/20/10 | 600.00 | |
| Alpine Water Systems Las Vegas<br>P.O. Box 94436<br>Las Vegas, NV 89193-4436 | 1/21/10 | 74.84 | |
| Century Link<br>PO BOX 660068<br>DALLAS, TX 75266-0068 | 1/21/10 | 103.38 | |
| Colorado Casualty Insurance<br>PO Box 85834 | 1/21/10 | 646.75 | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed | |
|---|---|---|---|---|
| San Diego, CA 92186-5834 | | | | |
| CW LICENSING, LLC | 1/21/10 | 10,000.00 | 441,620.00 | That 70's Show |
| 16027 Ventura Blvd Ste #600 | | | | |
| Encino, CA 91436 | | | | |
| The Daily Buzz | 1/21/10 | 1,097.00 | 2,190.00 | |
| 2101 East Fourth Street Ste #20 | | | | |
| Santa Anna, CA 92705 | | | | |
| Debmar-Mercury | 1/21/10 | 2,166.66 | | |
| First California Bank | | | | |
| 1880 Century Park East #800 | | | | |
| Los Angeles, CA 90067 | | | | |
| Alex King | 1/21/10 | 167.72 | | |
| Vegas TV | | | | |
| NU ERA Production & Design | 1/21/10 | 1,087.50 | | |
| PO Box 33044 | | | | |
| Las Vegas, NV 89133-3044 | | | | |
| Premium Assignment Corporation | 1/21/10 | 574.41 | | |
| PO Box 79153 | | | | |
| Baltimore, MD 21279-0153 | | | | |
| QUILL | 1/21/10 | 83.99 | | |
| PO BOX 37600 | | | | |
| PHILADELPHIA, PA 19101-0600 | | | | |
| Sony Pictures Television | 1/21/10 | 4,028.88 | | |
| FKA CTTD | | | | |
| File #53771 | | | | |
| Los Angeles, CA 90074-3771 | | | | |
| TELEPACIFIC COMMUNICATIONS | 1/21/10 | 1,024.53 | | |
| P.O. BOX 526015 | | | | |
| SACRAMENTO, CA 95852-6015 | | | | |
| POST NET | 1/21/10 | 418.35 | | |
| 7320 S. Rainbow #102 | | | | |
| Las Vegas, NV 89139 | | | | |
| NEVADA DEPT OF TAXATION | 1/22/10 | 4,643.45 | | |
| P.O. BOX 52674 | | | | |
| PHOENIX, AZ 85072-2674 | | | | |
| Autotel | 1/28/10 | 7,369.13 | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| PO Box 1618 | | | |
| Bend, OR 97709 | | | |
| CBS PARAMOUNT DOMESTIC TELEVISION | 1/28/10 | 3,250.00 | |
| BANK ONE | | | |
| P.O. BOX 70642 | | | |
| Chicago, IL 60673-0642 | | | |
| FedEx | 1/28/10 | 49.80 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| Karen Garber | 1/28/10 | 1,434.42 | |
| Vegas TV | | | |
| The Greenspun Corporation | 1/28/10 | 4,352.47 | |
| 901 NORTH GREEN VALLEY PARKWAY | | | |
| HENDERSON, NV 89014 | | | |
| Las Vegas Valley Water District | 1/28/10 | 153.77 | |
| 1001 S. Valley View Blvd. | | | |
| Las Vegas, NV 89153 | | | |
| Pitney Bowes Postage by Phone | 1/28/10 | 318.99 | |
| P.O. Box 856042 | | | |
| Louisville, KY 40285-6042 | | | |
| Radical Networks Inc. | 1/28/10 | 500.00 | |
| 530 S 9th Street | | | |
| Las Vegas, NV 89101 | | | |
| Video Communications, Inc. | 1/28/10 | 1,000.00 | |
| 146 Chestnut Street | | | |
| Springfield, MA 01103 | | | |
| VERIZON WIRELESS | 1/28/10 | 560.82 | |
| PO BOX 9622 | | | |
| MISSION HILLS, CA 91346-9622 | | | |
| Wiley Rein LLP | 1/28/10 | 2,046.17 | |
| 1776 K Street NW | | | |
| Washington, DC 20006 | | | |
| Radical Networks Inc. | 1/28/10 | 2,164.15 | |
| 530 S 9th Street | | | |
| Las Vegas, NV 89101 | | | |
| Karen Garber | 2/1/10 | 1,434.42 | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed | |
|---|---|---|---|---|
| Vegas TV | | | | |
| River City Petroleum | 2/1/10 | 38,025.30 | 563,216.00 | Remainder owed on TI improvements |
| PO Box 235 | | | 3,172,260.00 | Approx owed for 10 yr rent contract |
| Sacramento, CA 95691 | | | 378,000.00 | Approx owed for 10 yr cams |
| David Martin | 2/1/10 | 460.00 | | |
| 8755 W. Flamingo Road | | | | |
| Las Vegas, NV 89147 | | | | |
| Alarmco Inc. | 2/4/10 | 210.00 | | |
| 2007 Las Vegas Blvd. So. | | | | |
| Las Vegas, NV 89104 | | | | |
| Karen Garber | 2/4/10 | 320.50 | | |
| Vegas TV | | | | |
| Radical Networks Inc. | 2/4/10 | 2,000.00 | 2,000.00 | IT Support |
| 530 S 9th Street | | | | |
| Las Vegas, NV 89101 | | | | |
| STAPLES BUSINESS ADVANTAGE | 2/4/10 | 232.23 | | |
| DEPT LA | | | | |
| PO BOX 83689 | | | | |
| CHICAGO, IL 60696-3689 | | | | |
| Thyssenkrupp Elevator Corp | 2/4/10 | 775.27 | | |
| PO Box 933004 | | | | |
| Atlanta, GA 31193-3004 | | | | |
| Wiley Rein LLP | 2/4/10 | 921.25 | | |
| 1776 K Street NW | | | | |
| Washington, DC 20006 | | | | |
| BANKCARD CENTER | 2/4/10 | 441.61 | | |
| PO Box 30833 | | | | |
| Salt Lake City, UT 84130-0833 | | | | |
| Alpine Water Systems Las Vegas | 2/11/10 | 37.42 | | |
| P.O. Box 94436 | | | | |
| Las Vegas, NV 89193-4436 | | | | |
| Autotel | 2/11/10 | 1,700.00 | | |
| PO Box 1618 | | | | |
| Bend, OR 97709 | | | | |
| Cartridge World | 2/11/10 | 616.15 | | |
| 9550 S. Eastern Avenue #190 | | | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed | |
|---|---|---|---|---|
| Las Vegas, NV 89123 | | | | |
| CBS PARAMOUNT DOMESTIC TELEVISION | 2/11/10 | 3,250.00 | 13,000 | Everybody Hates Chris |
| BANK ONE | | | | |
| P.O. BOX 70642 | | | | |
| Chicago, IL 60673-0642 | | | | |
| Clark County | 2/11/10 | 500.00 | | |
| Department of Business License | | | | |
| 500 S. Grand Central Pky. | | | | |
| Las Vegas, NV 89155 | | | | |
| Debmar-Mercury | 2/11/10 | 2,166.66 | 6,500 | Tyler Perry |
| First California Bank | | | | |
| 1880 Century Park East #800 | | | | |
| Los Angeles, CA 90067 | | | | |
| HRP | 2/11/10 | 11,329.93 | | |
| 885 Second Avenue | | | | |
| New York, NY 10017-2201 | | | | |
| Marketron Broadcast Solutions | 2/11/10 | 1,200.00 | | |
| PO BOX 3375 | | | | |
| Portland, OR 97208 | | | | |
| Microwave, Inc. | 2/11/10 | 700.00 | | |
| 1500 Foremaster Lane | | | | |
| Las Vegas, NV 89101 | | | | |
| Nielsen Media Research, Inc. | 2/11/10 | 10,000.00 | | |
| P.O. Box 88961 | | | | |
| Chicago, IL 60695 | | | | |
| Republic Services | 2/11/10 | 70.19 | | |
| PO Box 78040 | | | | |
| Phoenix, AZ 85062-8040 | | | | |
| Sony Pictures Television | 2/11/10 | 4,028.88 | 0 | |
| FKA CTTD | | | | |
| File #53771 | | | | |
| Los Angeles, CA 90074-3771 | | | | |
| Nielsen Media Research, Inc. | 2/11/10 | 5,150.00 | 109,267.78 | |
| P.O. Box 88961 | | | | |
| Chicago, IL 60695 | | | | |
| John Franz | 2/12/10 | 174.53 | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| Vegas TV | | | |
| John Daugherty | 2/12/10 | 1,600.00 | |
| 252 SACRAMENTO DRIVE | | | |
| LAS VEGAS, NV 89110 | | | |
| The Lamar Companies | 2/17/10 | 16,700.00 | |
| P.O. Box 96030 | | | |
| Baton Rouge, LA 70896 | | | |
| Lisa Amerson | 2/18/10 | 99.50 | |
| Vegas TV | | | |
| Century Link | 2/18/10 | 93.08 | |
| PO BOX 660068 | | | |
| DALLAS, TX 75266-0068 | | | |
| Clear Channel Broadcasting Inc. | 2/18/10 | 4,930.00 | |
| File Number 91100 | | | |
| Los Angeles, CA 90074-1100 | | | |
| CLEAR CHANNEL OUTDOOR | 2/18/10 | 14,700.00 | |
| FILE #30005 | | | |
| P.O. BOX 60000 | | | |
| SAN FRANCISCO, CA 94160-0001 | | | |
| Cox Communications | 2/18/10 | 2,357.07 | |
| P.O. Box 53262 | | | |
| Phoenix, AZ 85072-3262 | | | |
| Cox Media - Las Vegas | 2/18/10 | 15,965.63 | |
| File 50464 | | | |
| Los Angeles, CA 90074-0464 | | | |
| FedEx | 2/18/10 | 34.34 | |
| P.O. Box 7221 | | | |
| Pasadena, CA 91109 | | | |
| KEMP BROADCASTING, INC | 2/18/10 | 6,732.00 | |
| DBA 97.5 KVEG | | | |
| 3999 LAS VEGAS BLVD SUITE K | | | |
| LAS VEGAS, NV 89119-1097 | | | |
| KLUC FM | 2/18/10 | 6,732.00 | |
| P O BOX 100111 | | | |
| PASADENA, CA 91189-0111 | | | |
| KXTE-FM | 2/18/10 | 6,745.60 | |

# Las Vegas TV Partners LLC
## Check Register
### For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed | |
|---|---|---|---|---|
| P.O. BOX 100111 | | | | |
| PASADENA, CA 91189-0111 | | | | |
| NV Energy | 2/18/10 | 3,473.79 | | |
| PO Box 30086 | | | | |
| Reno, NV 89520-3086 | | | | |
| OFFICE PLUS OF NEVADA | 2/18/10 | 125.79 | | |
| 3201 BUILDERS AVE. | | | | |
| LAS VEGAS, NV 89101 | | | | |
| Premium Assignment Corporation | 2/18/10 | 574.41 | | |
| PO Box 79153 | | | | |
| Baltimore, MD 21279-0153 | | | | |
| TELEPACIFIC COMMUNICATIONS | 2/18/10 | 1,028.43 | | |
| P.O. BOX 526015 | | | | |
| SACRAMENTO, CA 95852-6015 | | | | |
| TELESTREAM INC. | 2/18/10 | 4,425.00 | | |
| P O BOX 49066 | | | | |
| SAN JOSE, CA 95161-9066 | | | | |
| Toyota Financial Services | 2/18/10 | 499.61 | 5,495.71 | Expires 1/25/11 |
| P.O. Box 60116 | | | | |
| City of Industry, CA 91716 | | | | |
| KMXB FM | 2/18/10 | 7,446.00 | | |
| P.O. Box 100111 | | | | |
| Pasadena, CA 91189-0111 | | | | |
| KOMP-FM | 2/18/10 | 5,508.00 | | |
| 8755 W. FLAMINGO ROAD | | | | |
| LAS VEGAS, NV 89147 | | | | |
| ESPN AM 1100 - KWWN | 2/18/10 | 1,632.00 | | |
| 8755 W. Flamingo Road | | | | |
| Las Vegas, NV 89147 | | | | |
| Cartridge World | 2/24/10 | 43.23 | | |
| 9550 S. Eastern Avenue #190 | | | | |
| Las Vegas, NV 89123 | | | | |
| COMMERCIAL LIGHTING & SUPPLY | 2/24/10 | 117.02 | | |
| 3401 Sirius Ave. STE 11 | | | | |
| Las Vegas, NV 89102 | | | | |
| Comtech Communication Systems | 2/24/10 | 231.00 | | |

# Las Vegas TV Partners LLC
## Check Register
## For the Period From Nov 25, 2009 to Feb 28, 2010

Filter Criteria includes: Report order is by Date.

| Payee | Date | Amount | Amount Still Owed |
|---|---|---|---|
| 4330 W. Desert Inn Rd. | | | |
| Suite E | | | |
| Las Vegas, NV 89102 | | | |
| CW Licensing, LLC | 2/24/10 | 100.00 | |
| 16027 Ventura Blvd | | | |
| Suite 600 | | | |
| Encino, CA 91436 | | | |
| ExpressOh! | 2/24/10 | 67.98 | |
| 46 Moraine Drive | | | |
| Henderson, NV 89052 | | | |
| Les Olson Copiers | 2/24/10 | 192.06 | |
| P.O. Box 65598 | | | |
| Salt Lake City, UT 84165 | | | |
| Mr. Faxman | 2/24/10 | 228.50 | |
| 3440 W. Cheyenne Avenue | | | |
| #100 | | | |
| N. Las Vegas, NV 89032 | | | |
| Terminix Processing Center | 2/24/10 | 110.00 | |
| PO Box 742592 | | | |
| Cincinnati, OH 45274-2592 | | | |
| Video Communications, Inc. | 2/24/10 | 1,000.00 | |
| 146 Chestnut Street | | | |
| Springfield, MA 01103 | | | |
| Wiley Rein LLP | 2/24/10 | 2,211.47 | |
| 1776 K Street NW | | | |
| Washington, DC 20006 | | | |
| Kalil & Co. | 2/25/10 | 2,000.00 | |
| 6363 North Swan Road | | | |
| Suite 200 | | | |
| Tucson, AZ 85718 | | | |
| Richard Reyes | 2/25/10 | 35.70 | |
| Vegas TV | | | |
| | | 821,728.81 | 6,259,302.07 |